CORNELIUS BAGLEY, Appellant, *v.* THE CONSOLIDATED GAS COMPANY, Respondent.

*Bagley* v. *Consolidated Gas Co.*, 5 App. Div. 432, appeal dismissed.
(Argued October 20, 1899; decided October 24, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 29, 1896, reversing a judgment of the late Court of Common

Pleas for the city and county of New York in favor of plaintiff entered upon a verdict, and granting a new trial.

*Malcom R. Laurence* for appellant.

*Robert A. Paddock* and *Franklin B. Lord* for respondent.

Appeal dismissed, with costs; no opinion.
All concur. .